IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Tavera L. Baker, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:24-cv-01701-WMR-WEJ |
| v. ) | |
| ) | |
| Experian Information Solutions, ) | |
| Inc., ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Tavera L. Baker, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Experian Information Solutions, Inc. ("Experian"). Plaintiff and Defendant, Experian need to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant, Experian. Accordingly, Plaintiff respectfully submits that this obviates the need for Defendant, Experian to make any Court required filings prior to dismissal.

Respectfully submitted this 1st day of August, 2024.

**BERRY & ASSOCIATES**

1

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Experian Information Solutions, Inc., via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Mike Krause
Experian Information Solutions, Inc.
c/o C T Corporation System
289 South Culver Street
Lawrenceville, Georgia 30046

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*